# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JAMES GARZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR DOF, et al.,<br><br>　　　　　Defendants. | Case No.  1:23-cv-01027-ADA-BAM<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND UNSIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS (Docs. 1 and 2)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A SIGNED COMPLAINT AND SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Andrew James Garza is proceeding pro se in this civil action. Plaintiff Garza filed the complaint in this action on July 10, 2023, (Doc. 1), together with an application to proceed *in forma paupers* pursuant to 28 U.S.C. § 1915, (Doc. 2).

Upon review, the Court notes that neither the complaint nor the accompanying application to proceed *in forma pauperis* is signed by Plaintiff Garza. Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions, and papers be signed by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). Since Plaintiff Garza's complaint and application are unsigned, the Court must strike them from the record. Plaintiff Garza will be permitted thirty (30) days to file a signed complaint

and a signed application to proceed *in forma pauperis* that comply with the Federal Rules of Civil Procedure and the Local Rules.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint and accompanying application to proceed *in forma pauperis*, filed July 10, 2023, are STRICKEN from the record for lack of signature;

2. The Clerk of the Court is directed to serve this order and a blank *in forma pauperis* application on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file (a) a signed complaint (or a notice of voluntary dismissal); and (b) the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $402.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **July 13, 2023**                    /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

2